# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROBERT SCHANNE

        v.

JENNA ADDIS

PETITION OF: UNITED STATES COURT
OF APPEALS FOR THE THIRD CIRCUIT

: No. 114 MM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of September, 2014, the Petition for Certification of Question of Law submitted by the United States Court of Appeals for the Third Circuit is **GRANTED**.  This Court shall consider the following issue:

> Does the absolute judicial privilege apply to an allegation of sexual misconduct against a teacher by a former student, which allegation was made prior to the commencement of any quasi-judicial proceeding and without an intent that the allegation lead to a quasi-judicial proceeding?

      The parties shall submit updated briefs in accordance with a briefing schedule established by the Prothonotary.  The matter shall be listed for oral argument.